# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Blanchard,                              )
                                        )
      Plaintiff(s),           )
                                        )
      v.                      )  Case No. 09 cv 1749
                                        )
Weis et al.                             )
                                        )
      Defendant(s).           )

## LIMITED APPOINTMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the Plaintiff solely for the limited purpose of assisting Plaintiff in connection with settlement proceedings in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. The appointed attorney may not enter into any fee agreement with the pro se party, or otherwise seek compensation from the pro se party, in connection with this appointment. On notice to the Court, appointed counsel may seek to end the representation of Plaintiff upon completion of the settlement conference.

| | |
|---|---|
| Name of Appointed Counsel: | Jay Edelson |
| Law Firm: | Edelson PC |
| Street Address: | 350 North LaSalle Street |
| Suite Number: | Suite 1300 |
| City, State & Zip Code: | Chicago, Illinois 60654 |
| Telephone Number: | 312-589-6375 |

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: 12/31/13    Sign here: *Antonio L. Blanchard*
                                           Pro Se Plaintiff

                                           ENTER:

Dated: 1/16/14
                                           Judge