**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
LIMITED ATTORNEY APPEARANCE FORM AS
SETTLEMENT ASSISTANCE PROGRAM COUNSEL**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Antonio Lee Blanchard, Plaintiff,

v.

Steve Tanaka et al., Defendant.

Case Number: 1:09-cv-01749

A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR
(In the space below, enter the name of the party or parties being represented)

Antonio Lee Blanchard

By filing this appearance, undersigned counsel represents that he/she has not entered into, and will not seek to enter into, any agreement with the party for payment by the party of fees and/or costs.

| NAME (Type or print) |
|---|
| Jay Edelson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jay Edelson |

| FIRM |
|---|
| Edelson PC |

| STREET ADDRESS |
|---|
| 350 N. LaSalle Street, Suite 1300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60654 |

| ID NUMBER | TELEPHONE NUMBER |
|---|---|
| 6239287 | 312.589.6370 |

| E-MAIL ADDRESS |
|---|
| jedelson@edelson.com |